COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY     6297-0
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940-0
   E-Mail: mnakano@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile:  (808) 744-7030

Attorneys for Defendant
WAL-MART STORES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HOLLIS MALLARDI, VINCENT MALLARDI,<br><br>             Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, a foreign corporation, JOHN DOES 1-5; JOHN DOE CORPORATIONS 1-5; JOHN DOE PARTNERSHIPS 1-5; ROE NON-PROFIT ORGANIZATIONS 1-5 and  ROE GOVERNMENTAL AGENCIES 1-5,<br><br>             Defendants. | CIVIL NO. 17-600<br>(Other Non-Vehicle Tort)<br><br>**NOTICE OF REMOVAL;<br>EXHIBITS "A" TO "C";<br>CERTIFICATE OF SERVICE** |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII:

      Pursuant to 28 U.S.C. §§1332, 1441, and 1446, Defendant WAL-

MART STORES, INC. (hereinafter "WAL-MART") files this Notice of Removal in the case now pending in the Circuit Court of the Third Circuit, State of Hawaii, styled <u>Hollis Mallardi, et al. v. Wal-Mart Stores, Inc., et al.</u>, Civil No. 17-1-347 K. As grounds for removal, WAL-MART states as follows:

    1.    On November 8, 2017, Plaintiffs HOLLIS MALLARDI and VINCENT MALLARDI ("PLAINTIFFS") filed a complaint in Civil No. 17-1-347 K in the Circuit Court of the Third Circuit, State of Hawaii, against WAL-MART.

    2.    Upon information and belief, WAL-MART states that no other party has been named or appeared in the action.

    3.    WAL-MART was served with the complaint on November 20, 2017.

    4.    In their complaint, PLAINTIFFS allege that WAL-MART is liable to them for damages in connection with a slip and fall while on WAL-MART's premises.

    5.    In their complaint, PLAINTIFFS allege that "Plaintiffs were citizens and residents of the State of Hawaii, residing in the County of Hawaii."

    6.    WAL-MART, as stated in its Answer to Complaint, is a Delaware corporation, and therefore a citizen of the State of Delaware.

    7.    In their complaint, PLAINTIFFS pray for general damages, special damages, and punitive damages against WAL-MART.

8. In their "Request to Exempt Case from Court Annexed Arbitration Program" filed Civil No. 17-1-347 K, PLAINTIFFS represented to the Court that their "damages exceed $150,000." Plaintiffs allege, *inter alia*, that as the result of the alleged accident at WAL-MART, Plaintiff HOLLIS MALLARDI suffered a concussion with loss of consciousness and that she continues to be in pain on a daily basis, including headaches, sensori-motor neuropathy, cervical spinal muscle strain, muscle atrophy, changes in mood, memory loss and sleep disorder.

9. This court has original jurisdiction over civil actions where the matter in controversy exceeds the sum or value of $75,000.00 and is between citizens of different States within the meaning of 28 U.S.C. §1332.

10. A true and correct copy of PLAINTIFFS' complaint filed in the Circuit Court of the Third Circuit, State of Hawaii, is attached hereto as Exhibit "A", and comprises all process, pleadings, and orders served upon WAL-MART in the action.

11. A true and correct copy of WAL-MART's answer to PLAINTIFFS' complaint filed in the Circuit Court of the Third Circuit, State of Hawaii, is attached hereto as Exhibit "B".

12. A true and correct copy of PLAINTIFFS' Request to Exempt Case from Court Annexed Arbitration Program filed in the Circuit Court of the

Third Circuit, State of Hawaii, is attached hereto as Exhibit "C".

WHEREFORE, Defendant WAL-MART prays that the above-entitled action be removed from the Circuit Court of the Third Circuit, State of Hawaii, to the United States District Court for the District of Hawaii.

DATED: Honolulu, Hawaii, December 20, 2017.

/s/ Normand R. Lezy
NORMAND R. LEZY
MICHAEL J. NAKANO
Attorney for Defendant
WAL-MART STORES, INC.