COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY 6297
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940
   E-Mail: mnakano@cwlfirm.com
DUANE R. MIYASHIRO 6513
   E-Mail: dmiyashiro@cwlfirm.com
JAMIE C. S. MADRIAGA 9769
   E-Mail: jmadriaga@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile:  (808) 354-0427

Attorneys for Defendant
WAL-MART STORES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HOLLIS MALLARDI, VINCENT MALLARDI,<br><br>                Plaintiffs,<br><br>   vs.<br><br>WAL-MART STORES, a foreign corporation, JOHN DOES 1-5; JOHN DOE CORPORATIONS 1-5; JOHN DOE PARTNERSHIPS 1-5; ROE NON-PROFIT ORGANIZATIONS 1-5 and  ROE GOVERNMENTAL AGENCIES 1-5,<br><br>                Defendants. | CIVIL NO. 17-00600 KJM<br>(Other Non-Vehicle Tort)<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE**<br><br>Trial:  June 25, 2019 |

## STIPULATION FOR DISMISSAL OF ALL
## CLAIMS AND ALL PARTIES WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and among the parties hereto that the Complaint against Defendant WAL-MART STORES, INC. is hereby dismissed with prejudice.  Each party to bear its own attorneys fees and costs.

All parties have executed this Stipulation.  There are no remaining parties or issues.

Trial of this matter was scheduled for June 25, 2019.

DATED:  Honolulu, Hawaii, July 15, 2019.

/s/ James Krueger
JAMES KRUEGER
Attorney for Plaintiffs
HOLLIS MALLARDI and VINCENT MALLARDI

/s/ Normand R. Lezy
NORMAND R. LEZY
MICHAEL J. NAKANO
Attorneys for Defendant
WAL-MART STORES, INC.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, July 16, 2019



Kenneth J. Mansfield
United States Magistrate Judge

_____
**HOLLIS MALLARDI, ET AL. v. WAL-MART STORES, INC., Civil No. 17-00600 KJM; STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE**